UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

NELSON T. LOPEZ (#615051)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 18-509-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 8, 2019, to which no opposition was filed;

**IT IS ORDERED** that the defendants' Motions to Dismiss (R. Docs. 16 and 27) are granted in part, dismissing all of the plaintiff's claims with prejudice, except the plaintiff's claim asserted against defendants Vittorio and Landry regarding the standing water in the showers.[1]

**IT IS FUTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction in connection with the plaintiff's potential state law claims, and this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on <u>May 7, 2019</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1 The plaintiff's claim against Becky Meredith also remain pending as she has not yet been served.