## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

NELSON T. LOPEZ (#615051)

**CIVIL ACTION**

**VERSUS**

**NO.   18-509-JWD-RLB**

**JAMES LEBLANC, ET AL.**

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 35) dated February 19, 2020, to which no objection was filed;

**IT IS ORDERED** that the plaintiff's claims against defendant Becky Meredith are dismissed, without prejudice, for failure of the plaintiff to serve the defendants as required by Federal Rule of Civil Procedure 4(m).

Signed in Baton Rouge, Louisiana, on <u>March 5, 2020</u>.

 

 

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**