UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**NELSON T. LOPEZ (#615051)**                              CIVIL ACTION

**VERSUS**
                                                           NO. 18-509-JWD-RLB
**JAMES LEBLANC, ET AL.**

<u>**OPINION**</u>

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 61) dated September 21, 2020, to which no objection was filed;

**IT IS ORDERED** that this action is dismissed, with prejudice, for failure to prosecute and failure to comply with the Court's orders regarding the pre-trial conference.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>October 15, 2020</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**